UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DAVID I. SCOTT,

        Plaintiff,

    v.

COLUMBUS BANK AND TRUST COMPANY, et al.,

        Defendants.

No. CV-08-3036-FVS

ORDER

**THIS MATTER** having come before the Court based upon two motions filed by the plaintiff; Now, therefore

**IT IS HEREBY ORDERED:**

1. The plaintiff's "Ex Parte Motion" **(Ct. Rec. 21)** for permission to file up to 20 pages in opposition to the defendant's motion to compel arbitration is **granted**; provided

    (a) The plaintiff may submit a maximum of 20 pages in opposition to the defendant's motion to compel.  The 20-page total includes his memorandum and anything else he decides to submit.

    (b) Henceforth, the plaintiff may not file "ex parte" motions without first obtaining permission from the Court.

2. The plaintiff's "Motion to Dismiss" **(Ct. Rec. 22) is denied.** A party may object to another party's motion.  He does not move to "dismiss" it.  After briefing is complete, the Court will decide whether to grant the defendant's motion to compel arbitration.

ORDER - 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___4th___ day of November, 2008.

                            s/ Fred Van Sickle
                              Fred Van Sickle
             Senior United States District Judge

ORDER - 2