# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID I. SCOTT, <br><br> Plaintiff, <br><br> v. <br><br> COLUMBUS BANK & TRUST COMPANY, et al., <br><br> Defendants. | CV-08-3036-FVS <br><br> Civil No. ~~CV-08-3036-FVS~~ |

## ~~PROPOSED~~ ORDER

Pursuant to a written stipulation entered into between Plaintiff David Scott ("Scott") and Defendants Columbus Bank and Trust Company ("CB&T"), Synovus Financial Corporation ("Synovus") and Compucredit Corporation d/b/a Aspire Visa ("Compucredit") (collectively referred to herein as "Defendants") stating that the above-captioned matter against Defendants has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims against Defendants are hereby dismissed with prejudice, with the parties to bear their own costs, fees and expenses incurred or to be incurred. The motion to dismiss with prejudice (Ct. Rec. 33) is GRANTED.

This ___9th___ day of January, 2009

                                                             s/ Fred Van Sickle
                                                        Judge, United States District Court